UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-81189-CIV-MARRA

MICHAEL GREENBERG,

Plaintiff,

vs.

ALLIANCEONE INCORPORATED,

Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the parties to this action submit this Joint Stipulation of Dismissal with prejudice. The parties agree that each party shall bear their own costs and attorneys' fees in connection with this action.

Dated: November 16, 2010                Respectfully submitted,

| | |
|---|---|
| /s Andrew I. Glenn | /s Dale T. Golden |
| Andrew I. Glenn, Esq. | Dale T. Golden, Esq. |
| Florida Bar No.: 577261 | Florida Bar No. 0094080 |
| E-mail: Andrew@cardandglenn.com | Email: dale.golden@goldenscaz.com |
| J. Dennis Card, Jr., Esq. | Jaime R. Girgenti, Esq. |
| E-mail: Dennis@cardandglenn.com | Florida Bar No. 0592641 |
| Florida Bar No. 0487473 | Email: jrgirgenti@goldenscaz.com |
| Card & Glenn, P.A. | GOLDEN & SCAZ, PLLC |
| 2501 Hollywood Boulevard, Suite 100 | 201 North Armenia Avenue |
| Hollywood, Florida 33020 | Tampa, Florida 33609-2303 |
| Telephone: (954) 921-9994 | Telephone: (813) 251-5500 |
| Facsimile: (954) 921-9553 | Facsimile: (813) 251-3675 |
| Attorneys for Plaintiff | Attorneys for Defendant |