UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-81189-MARRA

MICHAEL GREENBERG,

    Plaintiff,

v.

ALLIANCEONE INCORPORATED,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties' Joint Stipulation For Dismissal With Prejudice. (DE 6). The Court has carefully reviewed the joint stipulation and the record herein and is otherwise fully advised in the premises. Accordingly, it is hereby:

ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE. The parties shall bear their own costs and attorneys' fees.

The Clerk shall CLOSE this case. All pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 17th day of November, 2010.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record